```
1  John F. DeMeo, Esq., SBN 28891
   Joshua M. West, Esq., SBN 118463
2  DeMeo DeMeo & West
   565 W. College Avenue
3  Santa Rosa, CA 95401
   demeo7@sonic.net and
4  jwest37333@sbcglobal.net
   Telephone:  707-545-3232
5  Facsimile:  707-545-1725
6

7  Attorneys for Plaintiff OSCAR MONROY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MONROY<br><br>Plaintiff(s),<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL<br><br>Defendant(s)._____/ | No. C 07 3992 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 7, 2007

Signature _____

Counsel for _____Plaintiff_____
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On **August 7, 2007**, I mailed from Santa Rosa, California, the following **documents**:

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

I served the documents by enclosing them in an envelope and:

____ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

__X__ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

CIGNA Group
Attn: Renee Worst
P.O. Box 22328
Pittsburgh, PA 15222-0328

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **August 7, 2007**, at Santa Rosa, California.

_____
Karen Martignoli