| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DEMEO DEMEO & WEST<br>ATTORNEYS AT LAW<br>JOSHUA M. WEST, ESQ. - SBN # 118463<br>565 WEST COLLEGE AVENUE<br>SANTA ROSA, CA  95401 | (707) 545-3232<br><br>REFERENCE NUMBER<br>0V238368-01 | |
| ATTORNEY FOR (NAME)    OSCAR MONROY | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CENTRAL DIST.-WEST
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

SHORT NAME OF CASE
OSCAR MONROY vs. LIFE INSURANCE COMPANY ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C073992JCS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

| | |
|---|---|
| **Name:** | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| **Person Served:** | MARGARET WILSON, CT CORP. |
| **Title:** | AGENT FOR SERVICE OF PROCESS |
| **Date of Delivery:** | 08/14/07 |
| **Time of Delivery:** | 11:45 am |
| **Place of Service:** | 818 WEST SEVENTH ST.<br>LOS ANGELES, CA 90017          (Business) |
| **Manner of Service:** | Personal Service - By Personally Delivering Copies. |
| **In Compliance With:** | [X] Federal Rules of Civil Procedure<br>[ ] California Code of Civil Procedure |

**Fee for service:**     $ 51.12

[X] Registered: . . . LOS ANGELES . . . . County,
Number: . . . . 5403 . . . . . . . . .

**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30B/0V238368-01

Client file # 4933

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: . . . . . . . . . . . 08/16/07 . . . . . . . . ,
at: . . . . . . . . . . . Ventura . . . . . , California.

Signature: _[signature]_
Name: KEN MELENDEZ
Title: REGISTERED CALIFORNIA PROCESS SERVER

## LIST OF ALL DOCUMENTS SERVED
### (Attachment):

1.  Summons;
2.  Complaint;
3.  Civil Case Cover Sheet;
4.  Reassignment Order;
5.  Notice of Impending Reassignment to a United States District Judge;
6.  Notice of Assignment of Case to a United States Magistrate Judge for Trial;
7.  Order Setting Initial Case Management Conference and ADR Deadlines;
8.  U.S. District Court Northern California ECF Registration Information Handout;
9.  Welcome to the U.S. District Court, San Francisco (Guidelines);
10. Blank - Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
11. Blank - Consent to Proceed Before a United States Magistrate Judge;
12. Blank - ADR Certification by Parties and Counsel; and
13. Blank - Waiver of Service of Summons