| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| DEMEO DEMEO & WEST<br>ATTORNEYS AT LAW<br>JOSHUA M. WEST, ESQ. - SBN # 118463<br>565 WEST COLLEGE AVENUE<br>SANTA ROSA, CA 95401<br>ATTORNEY FOR (NAME): OSCAR MONROY | (707) 545-3232<br><br>REFERENCE NUMBER<br>0V238368-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CENTRAL DIST.-WEST
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

SHORT NAME OF CASE
OSCAR MONROY vs. LIFE INSURANCE COMPANY ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C073992JCS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** LIFE INSURANCE COMPANY OF NORTH AMERICA

**Person Served:** MARGARET WILSON, CT CORP.
**Title:** AGENT FOR SERVICE OF PROCESS

**Date of Delivery:** 08/14/07
**Time of Delivery:** 11:45 am

**Place of Service:** 818 WEST SEVENTH ST.
LOS ANGELES, CA 90017        (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure

[ ] California Code of Civil Procedure

**Fee for service:** $ 51.12

---

[X] Registered: LOS ANGELES County,
Number: 5403

**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30B/0V238368-01                    Client file # 4933

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: 08/16/07
at: Ventura, California.

Signature: /s/ Ken Melendez
Name: KEN MELENDEZ
Title: REGISTERED CALIFORNIA PROCESS SERVER

**LIST OF ALL DOCUMENTS SERVED**
**(Attachment):**

1. Summons;
2. Complaint;
3. Civil Case Cover Sheet;
4. Reassignment Order;
5. Notice of Impending Reassignment to a United States District Judge;
6. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
7. Order Setting Initial Case Management Conference and ADR Deadlines;
8. U.S. District Court Northern California ECF Registration Information Handout;
9. Welcome to the U.S. District Court, San Francisco (Guidelines);
10. Blank - Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
11. Blank - Consent to Proceed Before a United States Magistrate Judge;
12. Blank - ADR Certification by Parties and Counsel; and
13. Blank - Waiver of Service of Summons