MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
ANDREW C. SULLIVAN, State Bar No. 226902
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and CIGNA GROUP INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MONROY,<br><br>  Plaintiff,<br><br> vs.<br><br> LIFE INSURANCE COMPANY OF AMERICA, CIGNA GROUP INSURANCE COMPANY, CNA INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN,<br><br>  Defendants. | Case No. C 07-3992 JSW<br><br>**STIPULATION TO EXTEND DEFENDANTS LIFE INSURANCE COMPANY OF NORTH AMERICA'S AND CIGNA GROUP INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT** |

Plaintiff OSCAR MONROY and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") and CIGNA GROUP INSURANCE COMPANY ("CIGNA")

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

hereby stipulate and agree that LINA's and CIGNA's time to answer or otherwise respond to Plaintiff's initial complaint shall be extended to Tuesday, September 25, 2007.

The stipulated extension of time will not require the resetting of any Court-established deadlines or otherwise delay the progress of this case.

**IT IS SO STIPULATED:**

Dated: August 31, 2007            MORGAN, LEWIS & BOCKIUS LLP

By: /S/Donald P. Sullivan
    Donald P. Sullivan
    Attorneys for Defendants
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA and CIGNA GROUP
    INSURANCE COMPANY

Dated: August 31, 2007            DeMEO DeMEO & WEST

By: /S/Joshua M. West (as authorized on 8/31/07)
    John F. DeMeo
    Joshua M. West
    Attorneys for Plaintiff
    OSCAR MONROY

**IT IS SO ORDERED:**

Dated: _____

The Hon. Jeffrey S. White
United States District Judge

1-SF/7595951.1