1  MORGAN, LEWIS & BOCKIUS LLP
   DONALD P. SULLIVAN, State Bar No. 191080
2  ANDREW C. SULLIVAN, State Bar No. 226902
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:    415.442.1000
4  Fax:    415.442.1001

5  Attorneys for Defendants
   LIFE INSURANCE COMPANY OF NORTH
6  AMERICA and CIGNA GROUP INSURANCE
   COMPANY

7

8

9
                          UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11

12 | OSCAR MONROY,                              | Case No. C 07-3992 JSW
13 |              Plaintiff,                    | **NOTICE OF UNAVAILABILITY OF COUNSEL FOR DEFENDANTS LIFE INSURANCE COMPANY OF NORTH AMERICA AND CIGNA GROUP INSURANCE COMPANY**
14 |      vs.                                   |
15 | LIFE INSURANCE COMPANY OF AMERICA, CIGNA GROUP INSURANCE COMPANY, CNA |
16 | INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, |
17 | DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN, |
18 |                                            |
   |              Defendants.                   |
19

20 TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE THAT from October 4, 2007 through October 17, 2007,

22 Donald P. Sullivan, counsel for defendants Life Insurance Company of North America and

23 CIGNA Group Insurance Company, will be unavailable for all purposes regarding the above-

24 referenced matter, including but not limited to receiving notices of any kind, receiving or

25 responding to telephone messages, responding to motions or *ex parte* requests, appearing in court,

26 attending depositions, or attending any other proceedings or actions.  Pursuant to *Tenderloin*

27 / / /

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' NOTICE OF UNAVAILABILITY
(C 07-3992 JSW)

1 | *Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299 sanctions may be imposed against any party
2 | for purposefully scheduling a conflicting proceeding without good cause.

4 | Dated: September 27, 2007                MORGAN, LEWIS & BOCKIUS LLP

By:   /S/Donald P. Sullivan
     Donald P. Sullivan
     Attorneys for Defendants
     LIFE INSURANCE COMPANY OF
     NORTH AMERICA and CIGNA GROUP
     INSURANCE COMPANY

1-SF/7610850.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANTS' NOTICE OF UNAVAILABILITY
(C 07-3992 JSW)