1  JOHN F. DeMEO, ESQ. - SBN 28891
   JOSHUA M. WEST, ESQ. - SBN 118463
2  DeMEO DeMEO & WEST
   565 WEST COLLEGE AVENUE
3  SANTA ROSA, CA  95401
   demeo7@sonic.net and
4  jwest37333@sbcglobal.net
   TELEPHONE:  (707) 545-3232
5  FACSIMILE:   (707) 545-1725

6  Attorneys for Plaintiff,
   OSCAR MONROY
7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9

10 OSCAR MONROY,                          CASE NO:   C 07 3992 JSW
                                          Judge: Honorable Jeffrey S. White
11              Plaintiff,
                                          **ADR CERTIFICATION BY PARTIES**
12      vs.                               **AND COUNSEL**

13 LIFE INSURANCE COMPANY OF              _____
   NORTH AMERICA, CIGNA GROUP                     (UNLIMITED CIVIL)
14 INSURANCE COMPANY, CNA
   INSURANCE COMPANY, DOE ONE,
15 DOE TWO, DOE THREE, DOE FOUR,
   DOE FIVE, DOE SIX, DOE SEVEN, DOE
16 EIGHT, DOE NINE, and DOE TEN,

17              Defendants.
   _____/
18
           Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies
19 that he or she has:

20      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
   of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
21 copies are available from the clerk's office for parties in cases not subject to the court's
   Electronic Case Filing program (ECF) under General Order 45)*;
22
        (2) Discussed the available dispute resolution options provided by the Court and private
23 entities; and

24      (3) Considered whether this case might benefit from any of the available dispute
   resolution options.
25
   Dated: 10/18/07                              /S/ Oscar Monroy
26                                              [Party]

27 Dated: 10/18/07                              /S/ Joshua M. West
                                                [Counsel]
28

**PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL**

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On **October 18, 2007**, I mailed from Santa Rosa, California, the following **documents**:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

I served the documents by enclosing them in an envelope and:

\_\_\_\_   **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

  X      **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Donald P. Sullivan, Esq. or<br>Andrew C. Sullivan, Esq.<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105-1126 | Attorneys for Life Insurance Company of North America and Cigna Group Insurance Company |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed **October 18, 2007**, at Santa Rosa, California.

                                /S/ Karen Martignoli
                                _____
                                    Karen Martignoli