## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

OSCAR MONRY

                            Plaintiff(s),

                        v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA, et al.

                        Defendant(s).
_____/

CASE NO. C 07-03992 JCS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓      have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 11/09/2007 ▣

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Joshua West | Oscar Monroy - Plaintiff | 707-545-3232 | JWest37333@sbcglobal.net |
| Donald P. Sullivan | Life Insurance Co. of N. America CIGNA Group Ins. Co. - Defendants | 415-442-1323 | DPSullivan@morganlewis.com ▣ |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/18/2007 ▣

Dated: 10/18/2007 ▣

/S Joshua West ▣
Attorney for Plaintiff

/S Donald P. Sullivan ▣
Attorney for Defendant

Rev 1.05