**JOHN F. DeMEO, ESQ. - SBN 28891**
**JOSHUA M. WEST, ESQ. - SBN 118463**
**DeMEO DeMEO & WEST**
**565 WEST COLLEGE AVENUE**
**SANTA ROSA, CA  95401**
**demeo7@sonic.net and**
**jwest37333@sbcglobal.net**
**TELEPHONE:  (707) 545-3232**
**FACSIMILE:  (707) 545-1725**

Attorneys for Plaintiff,
OSCAR MONROY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MONROY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA GROUP INSURANCE COMPANY, CNA INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN,<br><br>　　　　　Defendants.<br>_____/ | **CASE NO:   C 07 3992 JSW**<br>**Judge: Honorable Jeffrey S. White**<br><br>**CERTIFICATION (BY DECLARATION) OF INTERESTED ENTITIES OR PERSONS (Civil L.R. 3-16)** |

I, Joshua M. West, declare:

　　1.　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 30, 2007, at Santa Rosa, California

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joshua M. West
　　　　　　　　　　　　　　　　　　　　　　　Joshua M. West

**PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL**

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On **October 30, 2007**, I mailed from Santa Rosa, California, the following **documents**:

**CERTIFICATION (BY DECLARATION) OF INTERESTED ENTITIES OR PERSONS (Civil L.R. 3-16)**

I served the documents by enclosing them in an envelope and:

___   **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

_X_   **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Donald P. Sullivan, Esq. or<br>Andrew C. Sullivan, Esq.<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105-1126<br>FAX: (415) 442.1001 | Attorneys for Life Insurance Company of North America and Cigna Group Insurance Company |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed **October 30, 2007**, at Santa Rosa, California.

                              /s/ *Karen Martignoli*
                                   Karen Martignoli