1  **JOHN F. DeMEO, ESQ. - SBN 28891**
   **JOSHUA M. WEST, ESQ. - SBN 118463**
2  **DeMEO DeMEO & WEST**
   **565 WEST COLLEGE AVENUE**
3  **SANTA ROSA, CA  95401**
   **demeo7@sonic.net** and
4  **jwest37333@sbcglobal.net**
   **TELEPHONE:  (707) 545-3232**
5  **FACSIMILE:  (707) 545-1725**

6  Attorneys for Plaintiff,
   OSCAR MONROY

7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9

10 OSCAR MONROY,                              CASE NO:   C 07 3992 JSW
                                              Judge: Honorable Jeffrey S. White
11              Plaintiff,
                                              NOTICE OF DISMISSAL AS TO
12      vs.                                   DEFENDANT CNA INSURANCE
                                              COMPANY
13 LIFE INSURANCE COMPANY OF                  (Fed. R. Civ. P. 41(a)(1)(i))
   NORTH AMERICA, CIGNA GROUP
14 INSURANCE COMPANY, CNA
   INSURANCE COMPANY, DOE ONE,
15 DOE TWO, DOE THREE, DOE FOUR,
   DOE FIVE, DOE SIX, DOE SEVEN, DOE
16 EIGHT, DOE NINE, and DOE TEN,

17              Defendants.
                                        /
18

19      The Plaintiff, OSCAR MONROY, hereby dismisses all claims asserted in this action,

20 without prejudice, as to Defendant CNA INSURANCE COMPANY only, all parties to bear their

21 own costs.  This action remains pending and is not dismissed as to any other Defendant.

22      Plaintiff dismisses this action as to Defendant CNA INSURANCE COMPANY pursuant

23 to Rule 41(a)(1) of the Federal Rules of Civil Procedure on the grounds that this Defendant has

24 not yet served an Answer or moved for Summary Judgement.

25 ///

26 ///

27 ///

28 ///

1

NOTICE OF DISMISSAL AS TO CNA ONLY                              **CASE NO:   C 07 3992 JSW**

1 | For Plaintiff, Oscar Monroy

2 | Dated: November 13, 2007				DeMeo  DeMeo & West

3 |						By:  /s/ Joshua M. West
						Joshua M. West
4 |						565 W. College Avenue
						Santa Rosa, CA 95401
5 |

6 |

7 |     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within the e-filed document.

8 |

9 | Dated: November 13, 2007				DeMeo  DeMeo & West

10 |						By: /s/ Joshua M. West
						Joshua M. West
11 |						565 W. College Avenue
						Santa Rosa, CA 95401
12 |

2

NOTICE OF DISMISSAL AS TO CNA ONLY					**CASE NO:   C 07 3992 JSW**

**PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL**

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On **November 13, 2007**, I mailed from Santa Rosa, California, the following **documents**:

**NOTICE OF DISMISSAL AS TO DEFENDANT CNA INSURANCE COMPANY (Fed. R. Civ. P. 41(a)(1)(i))**

I served the documents by enclosing them in an envelope and:

\_\_\_    **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

_X_    **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Donald P. Sullivan, Esq. or<br>Andrew C. Sullivan, Esq.<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105-1126<br>FAX: (415) 442.1001 | Attorneys for Life Insurance Company of North America and Cigna Group Insurance Company |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed **November 13, 2007**, at Santa Rosa, California.

                                /s/ Karen Martignoli
                                  Karen Martignoli