IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 9, 2007            **Court Reporter**:  Kathy Powell

**CASE NO. C-07-3992  JSW**

**TITLE:**  Oscar Monroy v. Life Insurance Company of North America, et al.,

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Joshua West                          Donald P. Sullivan

**PROCEEDINGS:**  Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 11-16-07/

Plaintiff shall file dismissal of CNA by 11-16-07.
Plaintiff shall file a declaration re: CIGNA by 11-16-07

**ADR:  Private Mediation to be completed by 2-29-08**

**Close of fact discovery: 4-30-08**

**Close of Expert discovery: 8-15-08**

**Hearing on dispositive motions (if any): 9-5-08 at 9:00 a.m.**

**Pretrial Conference: 11-17-08 at 2:00 p.m.**

**Jury Trial: 12-8-08 at 8:30 a.m.**