**JOHN F. DeMEO, ESQ. - SBN 28891**
**JOSHUA M. WEST, ESQ. - SBN 118463**
**DeMEO DeMEO & WEST**
**565 WEST COLLEGE AVENUE**
**SANTA ROSA, CA  95401**
**demeo7@sonic.net** and
**jwest37333@sbcglobal.net**
**TELEPHONE:  (707) 545-3232**
**FACSIMILE:  (707) 545-1725**

Attorneys for Plaintiff,
OSCAR MONROY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MONROY,<br><br>            Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA GROUP INSURANCE COMPANY, CNA INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN,<br><br>            Defendants.<br>_____/ | CASE NO:   C 07 3992 JSW<br>Judge: Honorable Jeffrey S. White<br><br>**JOINT MEET AND CONFER STATEMENT REGARDING STIPULATING TO MAGISTRATE FOR ALL PURPOSES** |

Pursuant to the Court's Case Management Conference on November 9, 2007, counsel for the parties to this action have met and conferred concerning the Court's request that the case be transferred to a magistrate for all purposes. Counsel have consulted with each other and their clients and there is no agreement to consent to the assignment to a magistrate for all purposes.

On behalf of Plaintiff Oscar Monroy:

Dated: November 16, 2007.                              DeMeo  DeMeo & West

                                                       By:    /s/ Joshua M. West
                                                       Joshua M. West
                                                       Attorneys for Plaintiff Oscar Monroy

---
1
**JOINT MEET AND CONFER STATEMENT REGARDING STIPULATING TO MAGISTRATE FOR ALL PURPOSES**



1 | On behalf of Defendants Life Insurance Company of North America and CIGNA Group Insurance Co.

3 | Dated: November 16, 2007.	Morgan, Lewis & Bockius, LLP

By:  /s/ Donald P, Sullivan
Attorneys for LINA Life Insurance Company of North America and CIGNA Group Insurance Co.

2

**JOINT MEET AND CONFER STATEMENT REGARDING STIPULATING TO MAGISTRATE FOR ALL PURPOSES**

**PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL**

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On **November 16, 2007**, I mailed from Santa Rosa, California, the following **documents**:

**JOINT MEET AND CONFER STATEMENT REGARDING STIPULATING TO MAGISTRATE FOR ALL PURPOSES**

I served the documents by enclosing them in an envelope and:

___   **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

_X_   **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Donald P. Sullivan, Esq. or<br>Andrew C. Sullivan, Esq.<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105-1126<br>FAX: (415) 442.1001 | Attorneys for Life Insurance Company of North America and Cigna Group Insurance Company |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed **November 16, 2007**, at Santa Rosa, California.

                                              /s/ Karen Martignoli
                                                  Karen Martignoli

**JOINT MEET AND CONFER STATEMENT REGARDING STIPULATING TO MAGISTRATE FOR ALL PURPOSES**