1  **JOHN F. DeMEO, ESQ. - SBN 28891**
   **JOSHUA M. WEST, ESQ. - SBN 118463**
2  **DeMEO DeMEO & WEST**
   **565 WEST COLLEGE AVENUE**
3  **SANTA ROSA, CA  95401**
   **demeo7@sonic.net** and
4  **jwest37333@sbcglobal.net**
   **TELEPHONE:  (707) 545-3232**
5  **FACSIMILE:  (707) 545-1725**

6  Attorneys for Plaintiff,
   OSCAR MONROY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 OSCAR MONROY,                          CASE NO:   C 07 3992 JSW
                                          Judge: Honorable Jeffrey S. White
12              Plaintiff,
                                          **CERTIFICATE OF SERVICE**
13       vs.
                                          _____
14 LIFE INSURANCE COMPANY OF                    (UNLIMITED CIVIL)
   NORTH AMERICA, CIGNA GROUP
15 INSURANCE COMPANY, CNA
   INSURANCE COMPANY, DOE ONE,
16 DOE TWO, DOE THREE, DOE FOUR,
   DOE FIVE, DOE SIX, DOE SEVEN, DOE
17 EIGHT, DOE NINE, and DOE TEN,

18              Defendants.
   _____/
19

20       I hereby certify that on November 20, 2007, I electronically filed the foregoing **Civil**

21 **Standing Orders; Standing Order for Civil Practice Deposition Guidelines; and Guidelines**

22 **for Trial and Final Pretrial Conference in Civil Bench Cases Before the Honorable Jeffrey**

23 **S.White** with the Clerk of the court using the ECF system which will send notification of such

24 filing to the email addresses noted on the attached Electronic Mail Notice List, and I hereby

25 certify that I have mailed the foregoing document or paper via the United States Postal Service to

26 the participants with addresses indicated on the attached list.

27

28                                             /s/ Karen Martignoli
                                              Karen Martignoli

                                      1
CERTIFICATE OF SERVICE                                                  C 07 3992 JSW

1
2                    **ELECTRONIC MAIL NOTICE LIST**
3
4  Donald P. Sullivan, Esq. or                Attorneys for Life Insurance Company of
   Andrew C. Sullivan, Esq.                   North America and Cigna Group Insurance
5  Morgan, Lewis & Bockius, LLP               Company
   One Market, Spear Tower
6  San Francisco, CA 94105-1126
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28