**JOHN F. DeMEO, ESQ. - SBN 28891**
**JOSHUA M. WEST, ESQ. - SBN 118463**
**DeMEO DeMEO & WEST**
**565 WEST COLLEGE AVENUE**
**SANTA ROSA, CA  95401**
**demeo7@sonic.net** and
**jwest37333@sbcglobal.net**
**TELEPHONE:  (707) 545-3232**
**FACSIMILE:  (707) 545-1725**

Attorneys for Plaintiff,
OSCAR MONROY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR MONROY, | CASE NO:   C 07 3992 JSW |
| | Judge: Honorable Jeffrey S. White |
| Plaintiff, | |
| | **NOTICE OF SETTLEMENT** |
| vs. | **FOLLOWING MEDIATION** |
| | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA GROUP INSURANCE COMPANY, CNA INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN, | (UNLIMITED CIVIL) |
| Defendants. | |

Plaintiff OSCAR MONROY hereby notifies the Court that the parties in this case submitted to mediation before the Hon. Edward Infante on February 14, 2008, and reached a resolution of this action by way of settlement.  As required by the Court at the most recent status conference, the Court is so advised of the parties participation at said mediation and the settlement of the above-action, in its entirety, stipulation for dismissal and order of dismissal to be submitted pending distribution of settlement consideration which is to take place on or  before February 28, 2008.

Dated: February 15, 2008                                      DeMeo  DeMeo & West

By:  __/s/ Joshua M. West__
          Joshua M. West

1

**PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL**

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On **February 15, 2008**, I mailed from Santa Rosa, California, the following **documents**:

I served the documents by enclosing them in an envelope and:

\_\_\_ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

_X_ **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Donald P. Sullivan, Esq. or<br>Andrew C. Sullivan, Esq.<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105-1126<br>FAX: (415) 442.1001 | Attorneys for Life Insurance Company of North America and Cigna Group Insurance Company |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed **February 15, 2008**, at Santa Rosa, California.

    /s/ Karen Martignoli
    Karen Martignoli