**JOHN F. DeMEO, ESQ. - SBN 28891**
**JOSHUA M. WEST, ESQ. - SBN 118463**
**DeMEO DeMEO & WEST**
**565 WEST COLLEGE AVENUE**
**SANTA ROSA, CA 95401**
demeo7@sonic.net and
jwest37333@sbcglobal.net
**TELEPHONE: (707) 545-3232**
**FACSIMILE: (707) 545-1725**

Attorneys for Plaintiff,
OSCAR MONROY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MONROY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA GROUP INSURANCE COMPANY, CNA INSURANCE COMPANY, DOE ONE, DOE TWO, DOE THREE, DOE FOUR, DOE FIVE, DOE SIX, DOE SEVEN, DOE EIGHT, DOE NINE, and DOE TEN,<br><br>　　　　　Defendants.<br>_____/ | CASE NO: C 07 3992 JSW<br>Judge: Honorable Jeffrey S. White<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(ii))**<br><br>(UNLIMITED CIVIL) |

　　The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice, all parties to bear their own costs and fees.

For plaintiff, Oscar Monroy:

Dated: February 25, 2008._____　　DeMeo DeMeo & West

　　　　　　　　　　　　　　　　　　By: /s/ *Joshua M. West*
　　　　　　　　　　　　　　　　　　Joshua M. West
　　　　　　　　　　　　　　　　　　565 W. College Ave.
　　　　　　　　　　　　　　　　　　Santa Rosa, CA 95401
　　　　　　　　　　　　　　　　　　Attorneys for Oscar Monroy

1
STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL　　　　　　　Case No. C 04 5205

1 | For defendants Life Insurance Company Of North America,
2 | Cigna Group Insurance Company

3 | Dated: February 25, 2008.                    Morgan, Lewis & Bockius, LLP

4 |                                              By: /s/ *Donald P. Sullivan*
                                                 Donald P. Sullivan, Esq. or
5 |                                              One Market, Spear Tower
                                                 San Francisco, CA 94105-1126
6 |                                              Attorneys for Life Insurance
                                                 Company Of North America,
7 |                                              Cigna Group Insurance Company

10 |                                  Certification

11 | I hereby attest that I have on file all holograph signatures for all signatures indicated by a

12 | "conformed" signature (/s/) within this e-filed document.

14 | Dated: February 25, 2008.                   DeMeo DeMeo & West

15 |                                             By: /s/ *Joshua M. West*
                                                Joshua M. West
16 |                                             565 W. College Ave.
                                                Santa Rosa, CA 95401
17 |                                             Attorneys for Oscar Monroy

20 |                         [PROPOSED] ORDER OF DISMISSAL

21 | PURSUANT TO THE STIPULATION OF DISMISSAL ENTERED INTO BY THE

22 | PARTIES, IT IS ORDERED that:

23 |     1.    This matter is dismissed with prejudice; and

24 |     2.    Each party is to bear its own costs and fees.

26 | Dated: _____, 2008                     _____
                                                UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY FIRST CLASS MAIL - CIVIL**

I, the undersigned, say:

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

My residence or business address is: 565 W. College Avenue, Santa Rosa, CA 95401

On **February 25, 2008**, I mailed from Santa Rosa, California, the following **documents**:

**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**
**(Fed. R. Civ. P. 41(a)(1)(ii))**

I served the documents by enclosing them in an envelope and:

_____ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

  X    **placing** the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid:

The envelope was addressed and mailed as follows:

| | |
|---|---|
| Donald P. Sullivan, Esq. or<br>Andrew C. Sullivan, Esq.<br>Morgan, Lewis & Bockius, LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105-1126<br>FAX: (415) 442.1001 | Attorneys for Life Insurance Company of North America and Cigna Group Insurance Company |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed **February 25, 2008**, at Santa Rosa, California.

                                 /s/ *Karen Martignoli*
                                  Karen Martignoli