1  **JOHN F. DeMEO, ESQ. - SBN 28891**
   **JOSHUA M. WEST, ESQ. - SBN 118463**
2  **DeMEO DeMEO & WEST**
   **565 WEST COLLEGE AVENUE**
3  **SANTA ROSA, CA  95401**
   **demeo7@sonic.net** and
4  **jwest37333@sbcglobal.net**
   **TELEPHONE:  (707) 545-3232**
5  **FACSIMILE:  (707) 545-1725**

6  Attorneys for Plaintiff,
   OSCAR MONROY

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 OSCAR MONROY,                         CASE NO:   C 07 3992 JSW
                                         Judge: Honorable Jeffrey S. White
12             Plaintiff,
                                         STIPULATION OF DISMISSAL OF
13       vs.                             ENTIRE ACTION WITH PREJUDICE
                                         AND [PROPOSED] ORDER OF
14 LIFE INSURANCE COMPANY OF             DISMISSAL WITH PREJUDICE
   NORTH AMERICA, CIGNA GROUP            (Fed. R. Civ. P. 41(a)(1)(ii))
15 INSURANCE COMPANY, CNA
   INSURANCE COMPANY, DOE ONE,
16 DOE TWO, DOE THREE, DOE FOUR,                (UNLIMITED CIVIL)
   DOE FIVE, DOE SIX, DOE SEVEN, DOE
17 EIGHT, DOE NINE, and DOE TEN,

18             Defendants.
   _____/
19

20     The parties, through the signatures of their counsel on this Stipulation, stipulate to

21 dismiss this action with prejudice, all parties to bear their own costs and fees.

22

23 For plaintiff, Oscar Monroy:

24

25 Dated: February 25, 2008._____     DeMeo  DeMeo & West

26                                       By:  /s/ *Joshua M. West*
                                         Joshua M. West
27                                       565 W. College Ave.
                                         Santa Rosa, CA 95401
28                                       Attorneys for Oscar Monroy

---

1

STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL              Case No. C 04 5205

| | |
|---|---|
| For defendants Life Insurance Company Of North America, Cigna Group Insurance Company | |
| Dated: February 25, 2008. | Morgan, Lewis & Bockius, LLP |
| | By: /s/ *Donald P. Sullivan* <br> Donald P. Sullivan, Esq. or <br> One Market, Spear Tower <br> San Francisco, CA 94105-1126 <br> Attorneys for Life Insurance Company Of North America, <br> Cigna Group Insurance Company |

Certification

I hereby attest that I have on file all holograph signatures for all signatures indicated by a "conformed" signature (/s/) within this e-filed document.

| | |
|---|---|
| Dated: February 25, 2008. | DeMeo DeMeo & West |
| | By: /s/ *Joshua M. West* <br> Joshua M. West <br> 565 W. College Ave. <br> Santa Rosa, CA 95401 <br> Attorneys for Oscar Monroy |

~~[PROPOSED]~~ ORDER OF DISMISSAL

PURSUANT TO THE STIPULATION OF DISMISSAL ENTERED INTO BY THE PARTIES, IT IS ORDERED that:

1. This matter is dismissed with prejudice; and
2. Each party is to bear its own costs and fees.

Dated: February 25, 2008

/s/ Jeffrey S. White
UNITED STATES DISTRICT JUDGE